Certificate Number: 14912-PAM-DE-032305905

Bankruptcy Case Number: 18-05320


14912-PAM-DE-032305905

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 17, 2019</u>, at <u>5:05</u> o'clock <u>PM EST</u>, <u>James Antonucci</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>February 17, 2019</u>        By:   <u>/s/Jai Bhatt</u>

                                      Name: <u>Jai Bhatt</u>

                                      Title: <u>Counselor</u>