Certificate Number: 14912-PAM-DE-032305906

Bankruptcy Case Number: 18-05320



14912-PAM-DE-032305906

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 17, 2019, at 5:05 o'clock PM EST, Reth Antonucci completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 17, 2019

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor