```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 18-05320-HWV
James Peter Antonucci                                               Chapter 13
Reth Antonucci
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1         User: REshelman           Page 1 of 2           Date Rcvd: Mar 05, 2019
                             Form ID: ntcnfhrg         Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2019.
db/jdb         +James Peter Antonucci,    Reth Antonucci,    5 Lorraine Avenue,   Myerstown, PA 17067-1766
5143260        +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
5162652         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
5166121        +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
5143262        +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
5143263        +Citicards,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
5168450         FreedomRoad Financial c/o Wayfinder BK, LLC,    PO Box 64090,    Tucson, AZ 85728-4090
5143266        +LEBANON IMAGING ASSOC PC,    2 MERIDIAN BLVD 3RD FLOOR,    Wyomissing, PA 19610-3202
5143268        +Quicken Loans,    662 Woodward Avenue,   Detroit, MI 48226-3433
5143269       ++WELLS FARGO BANK NA,   1 HOME CAMPUS,   MAC X2303-01A,    DES MOINES IA 50328-0001
               (address filed with court: Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
                 Greenville, SC 29606)
5143270         WELLSPAN HEALTH,    PO BOX 742688,   CINCINNATI, OH 45274-2688
5162098         Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5143261        +E-mail/Text: bankruptcycollections@citadelbanking.com Mar 05 2019 19:35:30     Citadel Fcu,
                 Attn: Bankruptcy,    520 Eagleview Blvd,    Exton, PA 19341-1119
5143264        +E-mail/Text: aurso@frf1.com Mar 05 2019 19:35:45     Freedom Road Financial,
                 Attn: Bankruptcy Dept.,    10509 Prof Circle, Suite 202,    Reno, NV 89521-4884
5143265        +E-mail/Text: bncnotices@becket-lee.com Mar 05 2019 19:34:52     Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,   Milwaukee, WI 53201-3120
5164951         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 05 2019 19:42:06     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
5143267        +E-mail/Text: bankruptcynotices@psecu.com Mar 05 2019 19:35:34      P S E C U,
                 Attention: Bankruptcy,    Po Box 67013,   Harrisburg, PA 17106-7013
5158964        +E-mail/Text: bankruptcynotices@psecu.com Mar 05 2019 19:35:34      PSECU,   PO BOX 67013,
                 HARRISBURG, PA 17106-7013
5152834        +E-mail/Text: bankruptcyteam@quickenloans.com Mar 05 2019 19:35:25      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Leonard   Zagurskie, Jr   on behalf of Debtor 2 Reth   Antonucci lzaglaw.usa@startmail.com,
               lzaglaw.usa@startmail.com
              Leonard   Zagurskie, Jr   on behalf of Debtor 1 James Peter Antonucci lzaglaw.usa@startmail.com,
               lzaglaw.usa@startmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

James Peter Antonucci,

    **Debtor 1**

Reth Antonucci,

    **Debtor 2**

Chapter 13

Case No. 1:18–bk–05320–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**April 3, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: April 10, 2019<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 5, 2019 |

ntcnfhrg (03/18)