```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                  Case No. 18-05320-HWV
James Peter Antonucci                                   Chapter 13
Reth Antonucci
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: REshelman       Page 1 of 2         Date Rcvd: Mar 05, 2019
                           Form ID: pdf002        Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2019.
```
db/jdb    +James Peter Antonucci,  Reth Antonucci,  5 Lorraine Avenue,  Myerstown, PA 17067-1766
5143260   +Bureau of Account Managment,  3607 Rosemont Ave Ste 502,  Po Box 8875,
           Camp Hill, PA 17001-8875
5162652    Capital One, N.A.,  c/o Becket and Lee LLP,  PO Box 3001,  Malvern PA 19355-0701
5166121   +Citibank, N.A.,  Citibank, N.A.,  701 East 60th Street North,  Sioux Falls, SD 57104-0493
5143262   +Citibank/The Home Depot,  Attn: Recovery/Centralized Bankruptcy,  Po Box 790034,
           St Louis, MO 63179-0034
5143263   +Citicards,  Citicorp Credit Services/Attn: Centraliz,  Po Box 790040,
           Saint Louis, MO 63179-0040
5168450    FreedomRoad Financial c/o Wayfinder BK, LLC,  PO Box 64090,  Tucson, AZ 85728-4090
5143266   +LEBANON IMAGING ASSOC PC,  2 MERIDIAN BLVD 3RD FLOOR,  Wyomissing, PA 19610-3202
5143268   +Quicken Loans,  662 Woodward Avenue,  Detroit, MI 48226-3433
5143269   ++WELLS FARGO BANK NA,  1 HOME CAMPUS,  MAC X2303-01A,  DES MOINES IA 50328-0001
           (address filed with court: Wells Fargo Bank,  Attn: Bankruptcy Dept,  Po Box 6429,
           Greenville, SC 29606)
5143270    WELLSPAN HEALTH,  PO BOX 742688,  CINCINNATI, OH 45274-2688
5162098    Wells Fargo Bank, N.A.,  Wells Fargo Card Services,  PO Box 10438, MAC F8235-02F,
           Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5143261   +E-mail/Text: bankruptcycollections@citadelbanking.com Mar 05 2019 19:35:30     Citadel Fcu,
           Attn: Bankruptcy,  520 Eagleview Blvd,  Exton, PA 19341-1119
5143264   +E-mail/Text: aurso@frf1.com Mar 05 2019 19:35:45     Freedom Road Financial,
           Attn: Bankruptcy Dept.,  10509 Prof Circle, Suite 202,  Reno, NV 89521-4884
5143265   +E-mail/Text: bncnotices@becket-lee.com Mar 05 2019 19:34:52     Kohls/Capital One,
           Kohls Credit,  Po Box 3120,  Milwaukee, WI 53201-3120
5164951    E-mail/PDF: resurgentbknotifications@resurgent.com Mar 05 2019 19:42:37     LVNV Funding, LLC,
           Resurgent Capital Services,  PO Box 10587,  Greenville, SC 29603-0587
5143267   +E-mail/Text: bankruptcynotices@psecu.com Mar 05 2019 19:35:34     P S E C U,
           Attention: Bankruptcy,  Po Box 67013,  Harrisburg, PA 17106-7013
5158964   +E-mail/Text: bankruptcynotices@psecu.com Mar 05 2019 19:35:34     PSECU,  PO BOX 67013,
           HARRISBURG, PA 17106-7013
5152834   +E-mail/Text: bankruptcyteam@quickenloans.com Mar 05 2019 19:35:25     Quicken Loans Inc.,
           635 Woodward Avenue,  Detroit, MI 48226-3408
                                                                               TOTAL: 7

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2019 at the address(es) listed below:
```
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James Warmbrodt   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
          Leonard Zagurskie, Jr   on behalf of Debtor 2 Reth  Antonucci lzaglaw.usa@startmail.com,
           lzaglaw.usa@startmail.com
          Leonard Zagurskie, Jr   on behalf of Debtor 1 James Peter Antonucci lzaglaw.usa@startmail.com,
           lzaglaw.usa@startmail.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

                                                                                          TOTAL: 5

**LOCAL BANKRUPTCY FORM 3015-1**

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>**James Peter Antonucci**<br>**Reth Antonucci** | CHAPTER 13<br>CASE NO.    18-05320 |

■ ORIGINAL PLAN
_____ AMENDED AMENDED PLAN (Indicate 1st, 2nd, 3rd, etc.)
☐ Number of Motions to Avoid Liens
■ Number of Motions to Value Collateral

**CHAPTER 13 PLAN**

**NOTICES**

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☐ Included | ■ Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ■ Included | ☐ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ■ Not Included |

**YOUR RIGHTS WILL BE AFFECTED**

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

**1. PLAN FUNDING AND LENGTH OF PLAN.**

    **A.**    **Plan Payments From Future Income**

       1. To date, the Debtor paid $__ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $**24,000.00**, plus other payments and property stated in § 1B below:

| Start<br>mm/yy | End<br>mm/yy | Plan<br>Payment | Estimated<br>Conduit<br>Payment | Total<br>Monthly<br>Payment | Total<br>Payment<br>Over Plan<br>Tier |
|---|---|---|---|---|---|
| 01/19 | 12/23 | 400.00 | 0.00 | 400.00 | 24,000.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Payments: | $**24,000.00** |

       2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: ■ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

    **B.**    **Additional Plan Funding From Liquidation of Assets/Other**

        1. The Debtor estimates that the liquidation value of this estate is $**0.00**. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

        *Check one of the following two lines.*

        ■ No assets will be liquidated. If this line is checked, the rest of § 1.B need not be completed or reproduced.

        ☐ Certain assets will be liquidated as follows:

        2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $__ from the sale of property known and designated as __. All sales shall be completed by __. If the property does not sell by the date specified, then the disposition of the property shall be as follows:

        3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:

**2.**    **SECURED CLAIMS.**

    **A.**    **Pre-Confirmation Distributions.** *Check one.*

    ■ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

    **B.**    **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

    ☐ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

    ■ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| Quicken Loans | 5 Lorraine Ave Myerstown, PA 17067  Lebanon County | 1263 |

    **C.**    **Arrears (Including, but not limited to, claims secured by Debtor's principal residence)**. *Check one.*
    ■ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

    **D .**    **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**
    ■ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

    **E .**    **Secured claims for which a § 506 valuation is applicable.** *Check one.*

    ☐ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

    ■ Claims listed in the subsection are debts secured by property not described in § 2.D of this plan. These claims will be paid in the plan according to modified terms, and liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under §1328 of the Code. The excess of the creditor's claim will be

treated as an unsecured claim. Any claim listed as "$0.00" or "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. The liens will be avoided or limited through the plan or Debtor will file an adversary action or other (select method in last column). To the extent not already determined, the amount, extent or validity of the allowed secured claim for each claim listed below will be determined by the court at the confirmation hearing. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Value of Collateral (Modified Principal) | Interest Rate | Total Payment | Plan, Adversary or Other Action |
|---|---|---|---|---|---|
| Citadel Fcu | **2012 Kia Sorento 89000 miles KBB = $5,435.00** | $5,435.00 | 5% | $6,252.83 | **Plan** |
| P S E C U | **2009 Dodge Ram 1500 120000 miles KBB = $10,413** | $10,413.00 | 5% | $11,979.94 | **Plan** |

F . **Surrender of Collateral.** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

■ The Debtor elects to surrender to each creditor listed below the collateral that secures the creditor's claim. The Debtor requests that upon confirmation of this plan the stay under 11 U.S.C. §362(a) be terminated as to the collateral only and that the stay under §1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 4 below.

| Name of Creditor | Description of Collateral to be Surrendered |
|---|---|
| Freedom Road Financial | **2015 Arctic Cat 400 100 miles All Terrain Vehicle (ATV) purcashed in 2016 for $5,100.00. Presently non-operational, excessive rust, throttle broken and will not start. Salvage  Value: $50.00** |

G . **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

■ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

3. **PRIORITY CLAIMS.**

A. **Administrative Claims**

1. Trustee's Fees. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

2. Attorney's fees. Complete only one of the following options:

a. In addition to the retainer of $__**999.00**__ already paid by the Debtor, the amount of $__**3,001.00**__ in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c).

b. $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

3. Other. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
*Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

B. **Priority Claims (including, certain Domestic Support Obligations**

3

Case 1:18-bk-05320-HWV    Doc 24    Filed 03/07/19    Entered 03/08/19 00:44:22    Desc
Imaged Certificate of Notice    Page 5 of 7

■ None. *If "None" is checked, the rest of § 3.B need not be completed or reproduced.*

 **C.** **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines.*

 ■ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

**4.**   **UNSECURED CLAIMS**

 **A.** **Claims of Unsecured Nonpriority Creditors Specially Classified.**
  *Check one of the following two lines.*

 ■ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

 **B.** Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.

**5.**   **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

 ■ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

**6.**   **VESTING OF PROPERTY OF THE ESTATE.**

 **Property of the estate will vest in the Debtor upon**

 *Check the applicable line:*

 ■ plan confirmation.
 ☐ entry of discharge.
 ☐ closing of case.

**7.**   **DISCHARGE: (Check one)**

 ■ The debtor will seek a discharge pursuant to § 1328(a).

 ☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

**8.**   **ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:
Level 1:  _____
Level 2:  _____
Level 3:  _____
Level 4:  _____
Level 5:  _____
Level 6:  _____
Level 7:  _____
Level 8:  _____

If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

following as a guide:

Level 1:     Adequate protection payments.
Level 2:     Debtor's attorney's fees.
Level 3:     Domestic Support Obligations.
Level 4:     Priority claims, pro rata.
Level 5:     Secured claims, pro rata.
Level 6:     Specially classified unsecured claims.
Level 7:     Timely general unsecured claims.
Level 8:     Untimely filed general unsecured claims to which the Debtor has not objected.

## 9.     NONSTANDARD PLAN PROVISIONS

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

Dated:    __December 20, 2018__                          /s/ Leonard Zagurskie, Jr. No
                                                        **Leonard Zagurskie, Jr. No 82436**
                                                        Attorney for Debtor

                                                        /s/ James Peter Antonucci
                                                        **James Peter Antonucci**
                                                        Debtor

                                                        /s/ Reth Antonucci
                                                        **Reth Antonucci**
                                                        Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

5