# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| James Peter Antonucci,<br>**Debtor 1**<br><br>Reth Antonucci,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:18–bk–05320–HWV |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on April 7, 2019. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: May 22, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: PRadginsk, Deputy Clerk

orcnfpln(05/18)