UNITED STATES BANKRUPTCY COURT
Middle District of Pennsylvania

In re:
James Antonucci

Case No. 18-05320
Chapter 13

_____ Debtor(s) _____ /

## NOTICE OF CHANGE OF ADDRESS

**CHECK ONLY ONE:**

DEBTOR(s): ☐    CREDITOR: ☑

Please print the following information:

NAME: FreedomRoad Financial c/o Wayfinder BK, LLC

OLD MAILING ADDRESS:
BIN 920016; PO Box 29426
Phoenix, AZ 85038-9426

NEW MAILING ADDRESS:
*payment address change only

FreedomRoad Financial c/o Wayfinder BK, LLC
BIN 51571; PO Box 51571
Los Angeles, CA 90051-5871

DATED: 11/13/2019

/s/ Nichlas P. Spallas
Signature of Debtor or Creditor

_____
Signature of Joint Debtor (if applicable)

PHONE NUMBER: 855-411-7070

All future payments shall be sent to the new address

(6/1/11)