United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
James Peter Antonucci  
Reth Antonucci  
    Debtors

Case No. 18-05320-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Jan 05, 2024      Form ID: 3180W      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Peter Antonucci, Reth Antonucci, 5 Lorraine Avenue, Myerstown, PA 17067-1766 |
| 5162652 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5168450 | | FreedomRoad Financial c/o Wayfinder BK, LLC, PO Box 64090, Tucson, AZ 85728-4090 |
| 5143266 | + | LEBANON IMAGING ASSOC PC, 2 MERIDIAN BLVD 3RD FLOOR, Wyomissing, PA 19610-3202 |
| 5143269 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |
| 5143270 | | WELLSPAN HEALTH, PO BOX 742688, CINCINNATI, OH 45274-2688 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5143260 | + | Email/Text: Bankruptcy@BAMcollections.com | Jan 05 2024 18:48:00 | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5143261 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jan 05 2024 18:48:00 | Citadel Fcu, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 5166121 | + | EDI: CITICORP | Jan 05 2024 23:42:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5143262 | + | EDI: CITICORP | Jan 05 2024 23:42:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5143263 | + | EDI: CITICORP | Jan 05 2024 23:42:00 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 5143264 | + | Email/Text: sthomas@frf1.com | Jan 05 2024 18:48:00 | Freedom Road Financial, Attn: Bankruptcy Dept., 10509 Prof Circle, Suite 202, Reno, NV 89521-4884 |
| 5143265 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 05 2024 18:48:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 5164951 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2024 18:56:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5143267 | + | Email/Text: bankruptcynotices@psecu.com | Jan 05 2024 18:48:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5158964 | + | Email/Text: bankruptcynotices@psecu.com | Jan 05 2024 18:48:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5143268 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 05 2024 18:48:00 | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 5152834 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 05 2024 18:48:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |

| | | | | |
|---|---|---|---|---|
| 5162098 | | EDI: WFFC2 | Jan 05 2024 23:42:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | FreedomRoad Financial c/o Wayfinder BK, LLC, PO Box 64090, Tucson, AZ 85728-4090 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Leonard Zagurskie, Jr | on behalf of Debtor 2 Reth Antonucci lzaglaw.usa@startmail.com lzaglaw.usa@startmail.com |
| Leonard Zagurskie, Jr | on behalf of Debtor 1 James Peter Antonucci lzaglaw.usa@startmail.com lzaglaw.usa@startmail.com |
| Michael Patrick Farrington | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | James Peter Antonucci<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4501<br>EIN  __-_____ |
| Debtor 2<br>(Spouse, if filing) | Reth Antonucci<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4390<br>EIN  __-_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18-bk-05320-HWV | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James Peter Antonucci

Reth Antonucci

**By the court:** *Henry W. Van Eck*

1/5/24

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W　　　　　　　　**Chapter 13 Discharge**　　　　　　　　page 2