**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re: James Peter Antonucci
    Reth Antonucci

                        Case No.: 1-18-05320HWV

                        Chapter 13

**Debtor(s)**

**NOTICE OF FINAL CURE PAYMENT**

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Quicken Loans |
| Court Claim Number: | 05 |
| Last Four of Loan Number: | 1263 |
| Property Address if applicable: | 5 Lorraine Ave |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $2,319.18 |
| b. | Prepetition arrearages paid by the trustee: | $2,319.18 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $1,471.14 |
| f. | Postpetition arrearage paid by the trustee: | $1,471.14 |
| g. | Total b, d, and f: | $3,790.32 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: January 08, 2024

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: James Peter Antonucci
    Reth Antonucci

Case No.: 1-18-05320HWV

Chapter 13

**Debtor(s)**      **Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 08, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Leonard Zagurskie, Jr. Esquire
110 West Main Ave
1st Floor
Myerstown PA 17067

**Served by First Class Mail**
Quicken Loans, Inc
635 Woodward Ave
Detroit MI 48226

James Peter Antonucci
Reth Antonucci
5 Lorraine Ave
Myerstown PA 17067

I certify under penalty of perjury that the foregoing is true and correct.

Date: January 08, 2024      /s/ Liz Joyce
    Office of the Standing Chapter 13 Trustee
    Jack N. Zaharopoulos
    Suite A, 8125 Adams Dr.
    Hummelstown, PA 17036
    Phone: (717) 566-6097
    email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-05320  **JAMES PETER ANTONUCCI**

**QUICKEN LOANS INC**
635 WOODWARD AVENUE

DETROIT, MI  48226-

Sequence: 24
Modify:
Filed Date:
Hold Code:

Acct No: #1263/postarrears Lorraine a

03/20 STIP POST ARREARS LORRAINE AVE

|  |  |  |  |
|---|---|---|---|
| Amt Sched: $0.00 | Debt: $1,471.14 | Interest Paid: $0.00 | |
| Amt Due: $0.00 | Paid: $1,471.14 | Accrued Int: $0.00 | |
| | | Balance Due: $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| **5210** | **QUICKEN LOANS INC** | | | | | | | |
| 521-0 | QUICKEN LOANS INC | | 11/15/2023 | 2030947 | $150.99 | $0.00 | $150.99 | 11/24/2023 |
| 521-0 | QUICKEN LOANS INC | | 09/19/2023 | 2029026 | $42.40 | $0.00 | $42.40 | 10/03/2023 |
| 521-0 | QUICKEN LOANS INC | | 08/09/2023 | 2028010 | $28.26 | $0.00 | $28.26 | 08/18/2023 |
| 521-0 | QUICKEN LOANS INC | | 07/11/2023 | 2027018 | $28.26 | $0.00 | $28.26 | 07/26/2023 |
| 521-0 | QUICKEN LOANS INC | | 06/13/2023 | 2026097 | $27.69 | $0.00 | $27.69 | 06/23/2023 |
| 521-0 | QUICKEN LOANS INC | | 05/16/2023 | 2025160 | $27.15 | $0.00 | $27.15 | 05/25/2023 |
| 521-0 | QUICKEN LOANS INC | | 04/18/2023 | 2024155 | $27.15 | $0.00 | $27.15 | 04/26/2023 |
| 521-0 | QUICKEN LOANS INC | | 03/15/2023 | 2023120 | $27.15 | $0.00 | $27.15 | 03/27/2023 |
| 521-0 | QUICKEN LOANS INC | | 02/15/2023 | 2022123 | $40.73 | $0.00 | $40.73 | 02/28/2023 |
| 521-0 | QUICKEN LOANS INC | | 12/13/2022 | 2020128 | $54.30 | $0.00 | $54.30 | 12/27/2022 |
| 521-0 | QUICKEN LOANS INC | | 10/18/2022 | 2018143 | $42.21 | $0.00 | $42.21 | 10/27/2022 |
| 521-0 | QUICKEN LOANS INC | | 09/13/2022 | 2017069 | $42.96 | $0.00 | $42.96 | 09/23/2022 |
| 521-0 | QUICKEN LOANS INC | | 07/13/2022 | 2014996 | $81.96 | $0.00 | $81.96 | 07/22/2022 |
| 521-0 | QUICKEN LOANS INC | V | 07/11/2022 | 2010897 | ($26.66) | $0.00 | ($26.66) | 07/11/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | QUICKEN LOANS INC | | 05/17/2022 | 2013002 | $39.98 | $0.00 | $39.98 | 05/24/2022 |
| 521-0 | QUICKEN LOANS INC | | 04/12/2022 | 2011911 | $26.65 | $0.00 | $26.65 | 04/21/2022 |
| 521-0 | QUICKEN LOANS INC | | 03/16/2022 | 2010897 | $26.66 | $0.00 | $26.66 | 07/11/2022 |
| 521-0 | QUICKEN LOANS INC | | 02/16/2022 | 2009902 | $39.98 | $0.00 | $39.98 | 02/24/2022 |
| 521-0 | QUICKEN LOANS INC | | 12/15/2021 | 2007918 | $26.65 | $0.00 | $26.65 | 12/23/2021 |
| 521-0 | QUICKEN LOANS INC | | 11/16/2021 | 2006902 | $39.98 | $0.00 | $39.98 | 11/24/2021 |
| 521-0 | QUICKEN LOANS INC | | 10/14/2021 | 2005870 | $27.05 | $0.00 | $27.05 | 10/27/2021 |
| 521-0 | QUICKEN LOANS INC | | 09/14/2021 | 2004819 | $27.44 | $0.00 | $27.44 | 09/27/2021 |
| 521-0 | QUICKEN LOANS INC | | 08/18/2021 | 2003827 | $27.45 | $0.00 | $27.45 | 09/02/2021 |
| 521-0 | QUICKEN LOANS INC | | 07/14/2021 | 2002749 | $41.16 | $0.00 | $41.16 | 07/23/2021 |
| 521-0 | QUICKEN LOANS INC | | 05/18/2021 | 2000777 | $40.29 | $0.00 | $40.29 | 05/26/2021 |
| 521-0 | QUICKEN LOANS INC | | 04/15/2021 | 1229388 | $26.57 | $0.00 | $26.57 | 04/28/2021 |
| 521-0 | QUICKEN LOANS INC | | 03/17/2021 | 1228379 | $26.56 | $0.00 | $26.56 | 03/26/2021 |
| 521-0 | QUICKEN LOANS INC | | 02/17/2021 | 1227355 | $26.57 | $0.00 | $26.57 | 02/26/2021 |
| 521-0 | QUICKEN LOANS INC | | 01/19/2021 | 1226338 | $26.56 | $0.00 | $26.56 | 01/29/2021 |
| 521-0 | QUICKEN LOANS INC | | 12/10/2020 | 1224555 | $26.57 | $0.00 | $26.57 | 12/24/2020 |
| 521-0 | QUICKEN LOANS INC | | 11/03/2020 | 1223584 | $26.56 | $0.00 | $26.56 | 11/18/2020 |
| 521-0 | QUICKEN LOANS INC | | 10/15/2020 | 1222779 | $26.43 | $0.00 | $26.43 | 10/28/2020 |
| 521-0 | QUICKEN LOANS INC | | 09/17/2020 | 1221791 | $26.27 | $0.00 | $26.27 | 09/24/2020 |
| 521-0 | QUICKEN LOANS INC | | 08/12/2020 | 1220731 | $26.27 | $0.00 | $26.27 | 08/24/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | QUICKEN LOANS INC | | 07/07/2020 | 1219688 | $26.28 | $0.00 | $26.28 | 07/16/2020 |
| 521-0 | QUICKEN LOANS INC | | 06/02/2020 | 1218663 | $26.27 | $0.00 | $26.27 | 06/10/2020 |
| 521-0 | QUICKEN LOANS INC | | 05/06/2020 | 1217679 | $26.27 | $0.00 | $26.27 | 05/15/2020 |
| 521-0 | QUICKEN LOANS INC | | 04/14/2020 | 1216679 | $196.12 | $0.00 | $196.12 | 05/01/2020 |

                                                **Sub-totals:** $1,471.14    $0.00    $1,471.14

                                                **Grand Total:** $1,471.14    $0.00

# Disbursements for Claim

**Case:** 18-05320　　**JAMES PETER ANTONUCCI**

**QUICKEN LOANS INC**
635 WOODWARD AVENUE

DETROIT, MI　48226-

**Acct No:** 5 Lorraine Ave - PRE-ARREAR

ARREARS - 5 LORRAINE AVE

Sequence: 24
Modify:
Filed Date:
Hold Code:

| | | |
|---|---|---|
| Amt Sched: $136,210.00 | Debt: $2,319.18 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $2,319.18 | Accrued Int: $0.00 |
| | | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **QUICKEN LOANS INC** | | | | | | | |
| 520-0 | QUICKEN LOANS INC | | 11/15/2023 | 2030947 | $215.75 | $0.00 | $215.75 | 11/24/2023 |
| 520-0 | QUICKEN LOANS INC | | 10/18/2023 | 2030009 | $22.28 | $0.00 | $22.28 | 10/31/2023 |
| 520-0 | QUICKEN LOANS INC | | 09/19/2023 | 2029026 | $66.82 | $0.00 | $66.82 | 10/03/2023 |
| 520-0 | QUICKEN LOANS INC | | 08/09/2023 | 2028010 | $44.55 | $0.00 | $44.55 | 08/18/2023 |
| 520-0 | QUICKEN LOANS INC | | 07/11/2023 | 2027018 | $44.55 | $0.00 | $44.55 | 07/26/2023 |
| 520-0 | QUICKEN LOANS INC | | 06/13/2023 | 2026097 | $43.68 | $0.00 | $43.68 | 06/23/2023 |
| 520-0 | QUICKEN LOANS INC | | 05/16/2023 | 2025160 | $42.80 | $0.00 | $42.80 | 05/25/2023 |
| 520-0 | QUICKEN LOANS INC | | 04/18/2023 | 2024155 | $42.80 | $0.00 | $42.80 | 04/26/2023 |
| 520-0 | QUICKEN LOANS INC | | 03/15/2023 | 2023120 | $42.80 | $0.00 | $42.80 | 03/27/2023 |
| 520-0 | QUICKEN LOANS INC | | 02/15/2023 | 2022123 | $42.80 | $0.00 | $42.80 | 02/28/2023 |
| 520-0 | QUICKEN LOANS INC | | 01/18/2023 | 2021119 | $21.40 | $0.00 | $21.40 | 02/02/2023 |
| 520-0 | QUICKEN LOANS INC | | 12/13/2022 | 2020128 | $64.20 | $0.00 | $64.20 | 12/27/2022 |
| 520-0 | QUICKEN LOANS INC | | 11/16/2022 | 2019167 | $21.41 | $0.00 | $21.41 | 12/15/2022 |
| 520-0 | QUICKEN LOANS INC | | 10/18/2022 | 2018143 | $66.55 | $0.00 | $66.55 | 10/27/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | QUICKEN LOANS INC | | 09/13/2022 | 2017069 | $45.14 | $0.00 | $45.14 | 09/23/2022 |
| 520-0 | QUICKEN LOANS INC | | 08/17/2022 | 2016064 | $22.58 | $0.00 | $22.58 | 08/26/2022 |
| 520-0 | QUICKEN LOANS INC | | 07/13/2022 | 2014996 | $108.17 | $0.00 | $108.17 | 07/22/2022 |
| 520-0 | QUICKEN LOANS INC | V | 07/11/2022 | 2010897 | ($42.02) | $0.00 | ($42.02) | 07/11/2022 |
| 520-0 | QUICKEN LOANS INC | | 06/14/2022 | 2014023 | $21.01 | $0.00 | $21.01 | 06/22/2022 |
| 520-0 | QUICKEN LOANS INC | | 05/17/2022 | 2013002 | $63.03 | $0.00 | $63.03 | 05/24/2022 |
| 520-0 | QUICKEN LOANS INC | | 04/12/2022 | 2011911 | $42.02 | $0.00 | $42.02 | 04/21/2022 |
| 520-0 | QUICKEN LOANS INC | | 03/16/2022 | 2010897 | $42.02 | $0.00 | $42.02 | 07/11/2022 |
| 520-0 | QUICKEN LOANS INC | | 02/16/2022 | 2009902 | $42.02 | $0.00 | $42.02 | 02/24/2022 |
| 520-0 | QUICKEN LOANS INC | | 01/19/2022 | 2008937 | $21.00 | $0.00 | $21.00 | 02/01/2022 |
| 520-0 | QUICKEN LOANS INC | | 12/15/2021 | 2007918 | $42.03 | $0.00 | $42.03 | 12/23/2021 |
| 520-0 | QUICKEN LOANS INC | | 11/16/2021 | 2006902 | $63.02 | $0.00 | $63.02 | 11/24/2021 |
| 520-0 | QUICKEN LOANS INC | | 10/14/2021 | 2005870 | $42.65 | $0.00 | $42.65 | 10/27/2021 |
| 520-0 | QUICKEN LOANS INC | | 09/14/2021 | 2004819 | $43.25 | $0.00 | $43.25 | 09/27/2021 |
| 520-0 | QUICKEN LOANS INC | | 08/18/2021 | 2003827 | $43.27 | $0.00 | $43.27 | 09/02/2021 |
| 520-0 | QUICKEN LOANS INC | | 07/14/2021 | 2002749 | $43.26 | $0.00 | $43.26 | 07/23/2021 |
| 520-0 | QUICKEN LOANS INC | | 06/16/2021 | 2001774 | $21.63 | $0.00 | $21.63 | 06/24/2021 |
| 520-0 | QUICKEN LOANS INC | | 05/18/2021 | 2000777 | $63.51 | $0.00 | $63.51 | 05/26/2021 |
| 520-0 | QUICKEN LOANS INC | | 04/15/2021 | 1229388 | $41.88 | $0.00 | $41.88 | 04/28/2021 |
| 520-0 | QUICKEN LOANS INC | | 03/17/2021 | 1228379 | $41.88 | $0.00 | $41.88 | 03/26/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | QUICKEN LOANS INC | | 02/17/2021 | 1227355 | $41.88 | $0.00 | $41.88 | 02/26/2021 |
| 520-0 | QUICKEN LOANS INC | | 01/19/2021 | 1226338 | $41.88 | $0.00 | $41.88 | 01/29/2021 |
| 520-0 | QUICKEN LOANS INC | | 12/10/2020 | 1224555 | $41.88 | $0.00 | $41.88 | 12/24/2020 |
| 520-0 | QUICKEN LOANS INC | | 11/03/2020 | 1223584 | $41.88 | $0.00 | $41.88 | 11/18/2020 |
| 520-0 | QUICKEN LOANS INC | | 10/15/2020 | 1222779 | $41.65 | $0.00 | $41.65 | 10/28/2020 |
| 520-0 | QUICKEN LOANS INC | | 09/17/2020 | 1221791 | $41.42 | $0.00 | $41.42 | 09/24/2020 |
| 520-0 | QUICKEN LOANS INC | | 08/12/2020 | 1220731 | $41.42 | $0.00 | $41.42 | 08/24/2020 |
| 520-0 | QUICKEN LOANS INC | | 07/07/2020 | 1219688 | $41.42 | $0.00 | $41.42 | 07/16/2020 |
| 520-0 | QUICKEN LOANS INC | | 06/02/2020 | 1218663 | $41.42 | $0.00 | $41.42 | 06/10/2020 |
| 520-0 | QUICKEN LOANS INC | | 05/06/2020 | 1217679 | $41.41 | $0.00 | $41.41 | 05/15/2020 |
| 520-0 | QUICKEN LOANS INC | | 04/14/2020 | 1216679 | $22.45 | $0.00 | $22.45 | 05/01/2020 |
| 520-0 | QUICKEN LOANS INC | | 03/12/2020 | 1215395 | $46.11 | $0.00 | $46.11 | 03/23/2020 |
| 520-0 | QUICKEN LOANS INC | | 02/13/2020 | 1214091 | $46.12 | $0.00 | $46.12 | 02/20/2020 |
| 520-0 | QUICKEN LOANS INC | | 01/16/2020 | 1212739 | $46.11 | $0.00 | $46.11 | 01/28/2020 |
| 520-0 | QUICKEN LOANS INC | | 12/12/2019 | 1211378 | $92.23 | $0.00 | $92.23 | 12/19/2019 |
| 520-0 | QUICKEN LOANS INC | | 10/10/2019 | 1208836 | $56.16 | $0.00 | $56.16 | 10/17/2019 |

**Sub-totals: $2,319.18** $0.00 $2,319.18

**Grand Total: $2,319.18** $0.00