| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | James Peter Antonucci |
| Debtor 2 (Spouse, if filing) | Reth Antonucci |
| United States Bankruptcy Court for the: | Middle District of PA |
| Case number | 18-05320 HWV |

Form 4100R

# Response to Notice of Final Cure Payment
10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

**Court claim no. (if known):** 5

**Last 4 digits** of any number you use to identify the debtor's account: 1263

**Property address:**
5 Lorraine Avenue
Myerstown, PA 17067

## Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 04 / 01 / 2024

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due: (a) $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ _____
c. **Total.** Add lines a and b. (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

Form 4100R   Response to Notice of Final Cure Payment   page 1

Case 1:18-bk-05320-HWV   Doc 60   Filed 01/26/24   Entered 01/26/24 12:38:45   Desc
Document ID: d5575f5a1a6415d48ee502a0f9b77e0d9a56104bc581806edac68082bfa4aaa94
Main Document   Page 1 of 3

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ 
Denise Carlon
25 Jan 2024, 18:45:53, EST

Date    01/25/2024

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R                          Response to Notice of Final Cure Payment                          page 2

Case 1:18-bk-05320-HWV    Doc 60    Filed 01/26/24    Entered 01/26/24 12:38:45    Desc
Document ID: d5575f5a1a6415d48ee502a0f9b77e0d9a56104bc581806edac68082bfa4aa94
                            Main Document        Page 2 of 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James Peter Antonucci<br>Reth Antonucci<br><br>                         **Debtor(s)**<br><br>**Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.**<br>                         **Movant**<br>    vs.<br><br>**Reth Antonucci**<br>**James Peter Antonucci**<br>                         **Debtor(s)**<br><br>**Jack N. Zaharopoulos**,<br>                         **Trustee** | BK NO. 18-05320 HWV<br><br>Chapter 13<br><br>Related to Claim No. 5 |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>January 26, 2024</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Reth Antonucci
5 Lorraine Avenue
Myerstown, PA 17067

James Peter Antonucci
5 Lorraine Avenue
Myerstown, PA 17067

<u>Attorney for Debtor(s) (via ECF)</u>
Leonard Zagurskie, Jr., Esq.
110 West Main Avenue, 1st Floor
Myerstown, PA 17067

<u>Trustee (via ECF)</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail.

Dated: <u>January 26, 2024</u>

                                              */s/ Denise Carlon*
                                              Denise Carlon Esquire
                                              Attorney I.D. 317226
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106
                                              201-549-2363
                                              dcarlon@kmllawgroup.com